JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10465

Doris Stachl, Derivatively on Behalf of Wyeth, Plaintiff,

-v-

Robert Essner, et. al.

And

Wyeth, A Delaware Corporation, Nominal Defendant

Defendants.

Case No. _____

Rule 7.1 Statement

NOV 20 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____Doris Stachl_____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: November 19, 2007

_____
Signature of Attorney

Attorney Bar Code: TGA1515

Form Rule7_1.pdf  SDNY Web 10/2007