SULLIVAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DORIS STAEHR, Derivatively on Behalf of
WYETH,

                        Plaintiff,

    vs.

ROBERT ESSNER, BERNARD POUSSOT,
GREGORY NORDEN, JOHN R. TORELL III,
JOHN D. FEERICK, JOHN P. MASCOTTE,
MARY LAKE POLAN, IVAN G. SEIDENBERG,
WALTER V. SHIPLEY, ROBERT S. LANGER,
FRANCES D. FERGUSSON, GARY L.
ROGERS, VICTOR F. GANZI, RAYMOND J.
MCGUIRE, KENNETH J. MARTIN and
RICHARD L. CARRION,

                        Defendants,

    -and-

WYETH, a Delaware Corporation,

                        Nominal Defendant.
------------------------------------------------------------x

Case No. 07-cv-10465 (RJS)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

## STIPULATION AND [~~PROPOSED~~] ORDER

    WHEREAS, Plaintiff Doris Staehr commenced the above-captioned action (the "Staehr Action") by the filing of a complaint on or about November 20, 2007 (the "Complaint"); and

    WHEREAS, the Staehr Action asserts, *inter alia*, claims derivatively against all Defendants for violations of Section 10(b) of the Securities Exchange Act of 1934, SEC Rule 10b-5 promulgated thereunder, and state law; and

    WHEREAS, prior to the filing of the Complaint, a related action was instituted by City of Livonia Employees' Retirement System, styled as a federal securities class action lawsuit

and captioned *City of Livonia Employees' Retirement System v. Wyeth, et al.*, 07 Civ. 10329 (the "Livonia Action") and assigned to Judge Richard J. Sullivan; and

WHEREAS, on December 28, 2007, in the interests of justice and efficiency, the Staehr Action was transferred to Judge Sullivan as a related case to the Livonia Action; and

WHEREAS, the process for the selection of lead plaintiff(s) and lead counsel in accordance with the Private Securities Litigation Reform Act of 1995 has not yet been completed in the Livonia Action; and

WHEREAS, counsel for the parties to the Livonia Action have negotiated a schedule for Defendants to respond to the complaint in that action after lead plaintiffs have been appointed; and

WHEREAS, the undersigned attorneys for Plaintiff and Defendants have conferred regarding issues of scheduling in the Staehr Action;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the parties to the Staehr Action as follows:

1. Without waiving any rights, defenses or other objections, counsel for Defendants accepts service of the Complaint on behalf of each of the Defendants.

2. Plaintiff shall have 60 days after either (a) Defendants file an answer in the Livonia Action or (b) the Court enters an order determining a motion to dismiss in the Livonia Action to serve an amended complaint (the "Amended Complaint") in the Staehr Action.

3. Defendants shall have 60 days after service of the Amended Complaint to answer, move, or otherwise respond to the Amended Complaint.

4. Plaintiff shall have 60 days after service of Defendants' response to the Amended Complaint to serve opposition papers, if necessary.

5. Defendants shall have 45 days after service of Plaintiff's opposition papers to serve reply papers.

6. Nothing in this stipulation constitutes a waiver of any defenses, and all such defenses are expressly reserved.

7. Nothing in this stipulation shall preclude the parties from agreeing to any additional extension and requesting the Court to so-order such extension.

8. This stipulation may be executed in counterparts and by facsimile signatures.

Dated: New York, New York
January 9, 2008

LAW OFFICES OF THOMAS G. AMON

By _____
Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, New York 10110
Telephone: (212) 810-2431
Fax: (212) 810-2427
Email: tgamon@amonlaw.com

ROBBINS, UMEDA & FINK, LLP
Brian J. Robbins
Jeffrey P. Fink
Steven J. Simerlein
Mark A. Golovach
Jill E. Klemann
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Fax: (619) 525-3991
Email: brobbins@ruflaw.com

*Attorneys for Plaintiff*

SIMPSON THACHER & BARTLETT LLP

By _____
Michael J. Chepiga
Lynn K. Neuner
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: mchepiga@stblaw.com

*Attorneys for Defendants*

SO ORDERED.

Dated: January 26, 2008

_____
Richard J. Sullivan
U.S.D.J.

- 4 -