UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––– x

DORIS STAEHR, Derivatively on Behalf of WYETH,

                 Plaintiff,

vs.

ROBERT ESSNER, BERNARD POUSSOT, GREGORY NORDEN, JOHN R. TORREL, III, JOHN D. FERRICK, JOHN P. MASCOTTE, MARY LAKE POLAN, IVAN G. SEIDENBERG, WALTER V. SHIPLEY, ROBERT S. LANGER, FRANCES D. FERGUSON, GARY L. ROGERS, VICTOR F. GANZI, RAYMOND J. MCGUIRE, KENNETH J. MARTIN and RICHARD L. CARRON,

                 Defendants,

-and-

WYETH, a Delaware corporation,

                 Nominal Defendant.
––––––––––––––––––––––––––––––––– x

Civil Action No. 07-CV-10465 (SAS)

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective December 21, 2007 the Law Offices of Thomas G. Amon, counsel for Plaintiff Doris Staehr, has moved its offices to:

        Law Offices of Thomas G. Amon
        250 West 57th Street
        Suite 1316
        New York, NY 10107

DATED: January 28, 2008
New York, New York

By: /s/ Thomas G. Amon
Thomas G. Amon (TGA-1515)

        LAW OFFICES OF THOMAS G. AMON
        250 West 57th Street, Suite 1316
        New York, NY 10107
        Tel: (212) 810-2430

        *Attorneys for Plaintiff Doris Staehr*

Of Counsel: Harry H. Wise, Esq.