JUDGE SCHEINDLIN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Doris STAEHR, Deriv.
on Behalf of Wyeth

V.

Robert Essner, et. al.

AND

Wyeth, A Delaware Corporation
Nominal Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10465

TO: (Name and address of Defendant)
WYETH
5 Giralda Farms
Madison, NJ  07940

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110
Tel. (212) 810-2430

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              NOV 2 0 2007
CLERK                                           DATE

(By) DEPUTY CLERK

NEWARK

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT** <br> EFFECTED (1) BY ME: **PASCAL KUVALAKIS** <br> TITLE: **PROCESS SERVER** | DATE: **12/07/2007 09:55AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

WYETH

Place where served:

5 GIRALDA FARMS   MADISON NJ 07940

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LISA  RYAN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'0"-5'3"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

RECEIVED-CLERK U.S. DISTRICT COURT 2008 JAN 28 PD 1:46

**STATEMENT OF SERVER**

TRAVEL $ ____.___       SERVICES $ ____.___       TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/7/2007

SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

12/07/07
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:    THOMAS G. AMON, ESQ.
PLAINTIFF:    DORIS STAEHR, ET AL
DEFENDANT:   ROBERT ESSNER, ET AL
VENUE:       DIST OF NY
DOCKET:      07 CV 10465

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.