JUDGE SCHEINDLIN

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Doris STAEHR, Deriv.
on Behalf of Wyeth

v.

Robert Essner, et. al.

AND

Wyeth, A Delaware corporation
Nominal Defendant

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CV 10465

TO: (Name and address of Defendant)

JOHN R. TORELL
9 SUNNYBRAE PL
BRONXVILLE, NY 10708

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Amon, Esq.
Law Offices of Thomas G. Amon
500 Fifth Avenue, Suite 1650
New York, NY 10110
Tel. (212) 810-2430

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE: NOV 2 0 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **KELVI FRIAS** |
| TITLE: | **PROCESS SERVER**     DATE: **12/19/2007  02:48PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JOHN R. TORELL

Place where served:

9 SUNNYBRAE PLACE   BRONXVILLE NY 10708

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MARGRET TOREL

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.____ SKIN: WHITE____ HAIR: BLONDE__ OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

SHE HAS GREEN EYES.

**STATEMENT OF SERVER**

TRAVEL $ _____.___            SERVICES $ _____.___            TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12/19/207

SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

12/19/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| | |
|---|---|
| ATTORNEY: | THOMAS G. AMON, ESQ. |
| PLAINTIFF: | DORIS STAEHR, ET AL |
| DEFENDANT: | ROBERT ESSNER, ET AL |
| VENUE: | DIST OF NY |
| DOCKET: | 07 CV 10465 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.