UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DORIS STAEHR, Derivatively on Behalf of : 
WYETH, : Case No. 07-cv-10465 (RJS)
                Plaintiff, :
      vs. : **NOTICE OF APPEARANCE**
       :
ROBERT ESSNER, et al., :
     :
                Defendants, :
      -and- :
   :
WYETH, a Delaware Corporation, :
   :
                Nominal Defendant. :
-------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that Lynn K. Neuner of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Robert Essner, Bernard Poussot, Gregory Norden, John R. Torell III, John D. Feerick, John P. Mascotte, Mary Lake Polan, Ivan G. Seidenberg, Walter V. Shipley, Robert S. Langer, Frances D. Fergusson, Gary L. Rogers, Victor F. Ganzi, Raymond J. McGuire, Kenneth J. Martin, Richard L. Carrion, and Wyeth in this action and requests that all subsequent papers be served upon her at the following address:

      Lynn K. Neuner (lneuner@stblaw.com)
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017-3954
      (212) 455-2000 (telephone)
      (212) 455-2502 (facsimile)

Dated:  June 11, 2008
      New York, New York

                            SIMPSON THACHER & BARTLETT LLP

                            By:  /s/  Lynn K. Neuner

                            425 Lexington Avenue
                            New York, NY 10017-3954
                            Telephone:  (212) 455-2000
                            Facsimile:  (212) 455-2502
                            Email:  lneuner@stblaw.com

                            *Attorney for Defendants*