**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| DORIS STAEHR, Derivatively on Behalf of WYETH, | : |
| | : Case No. 07-cv-10465 (RJS) |
| Plaintiff, | : |
| vs. | : **NOTICE OF APPEARANCE** |
| | : |
| ROBERT ESSNER, et al., | : |
| | : |
| Defendants, | : |
| **-and-** | : |
| | : |
| WYETH, a Delaware Corporation, | : |
| | : |
| Nominal Defendant. | : |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Alexandra Greif of the law firm Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Robert Essner, Bernard Poussot, Gregory Norden, John R. Torell III, John D. Feerick, John P. Mascotte, Mary Lake Polan, Ivan G. Seidenberg, Walter V. Shipley, Robert S. Langer, Frances D. Fergusson, Gary L. Rogers, Victor F. Ganzi, Raymond J. McGuire, Kenneth J. Martin, Richard L. Carrion, and Wyeth in this action and requests that all subsequent papers be served upon her at the following address:

> Alexandra Greif (agreif@stblaw.com)
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> (212) 455-2000 (telephone)
> (212) 455-2502 (facsimile)

Dated:  June 11, 2008
        New York, New York

SIMPSON THACHER & BARTLETT LLP

By:  /s/  Alexandra Greif_____

425 Lexington Avenue
New York, NY 10017-3954
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
Email:  agreif@stblaw.com

*Attorney for Defendants*