Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DORIS STAEHR, Derivatively on Behalf of WYETH,

                Plaintiff,

vs.

ROBERT ESSNER, BERNARD POUSSOT, GREGORY NORDEN, JOHN R. TORELL, III, JOHN D. FEERICK, JOHN P. MASCOTTE, MARY LAKE POLAN, IVAN G. SEIDENBERG, WALTER V. SHIPLEY, ROBERT S. LANGER, FRANCES D. FERGUSSON, GARY L. ROGERS, VICTOR F. GANZI, RAYMOND J. MCGUIRE, KENNETH J. MARTIN and RICHARD L. CARRION,

                Defendants,

-and-

WYETH, a Delaware corporation,

                Nominal Defendant.
----------------------------------------------------------------x

Civil Action No. 07 CV 10465 (RJS)

**STIPULATION OF DISMISSAL**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/11

It is hereby stipulated and agreed by and between the Plaintiff Doris Staehr and Defendants Wyeth LLC ("Wyeth"), Robert Essner, Bernard Poussot, Gregory Norden, John R. Torell, III, John D. Feerick, John P. Mascotte, Mary Lake Polan, Ivan G. Seidenberg, Walter V. Shipley, Robert S. Langer, Frances D. Fergusson, Gary L. Rogers, Victor F. Ganzi, Raymond J. McGuire, Kenneth J. Martin, and Richard L. Carrion (collectively the "Defendants") that:

1. all claims asserted herein by Plaintiff against Defendants shall be dismissed with prejudice as to this Plaintiff; and

2. all parties shall bear their own costs and attorneys' fees.

So stipulated and agreed.

Dated: New York, New York
January 28, 2011

ROBBINS UMEDA LLP

By: *George C. Aguilar* /LKN
    *with permission*
Thomas G. Amon (tamon@amonlaw.com)
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, New York 10107-1324
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

Marc M. Umeda (mumeda@robbinsumeda.com)
George C. Aguilar (gaguilar@robbinsumeda.com)
Robbins Umeda LLP
600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Attorneys for Plaintiff Doris Staehr*

Dated: New York, New York
January 28, 2011

SIMPSON THACHER & BARTLETT LLP

By: *Lynn K. Neuner*
Michael J. Chepiga (mchepiga@stblaw.com)
Lynn K. Neuner (lneuner@stblaw.com)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 1/28/11

The Honorable Richard J. Sullivan
U.S.D.J.